# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1306
Lower Tribunal No. 2023-CA-014261-O

_____

ROBERT LOUIS ANNENBERG, III, individually and as Trustee of the ETHEL ANNENBERG IRREVOCABLE TRUST, DATED MARCH 9, 2015,

Appellant,

v.

ELIZABETH ANNENBERG ZINN,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Brian S. Sandor, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and PRATT, JJ., concur.


Brandon J. Stewart, of Stewart Legal, PLLC, Maitland, for Appellant.

Kevin P. Robinson, of Zimmerman, Kiser & Sutcliffe, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED